**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7023**

_____

DARRIS CORDELL MCQUILLIA,

                                  Petitioner - Appellant,

    versus

RONALD J. ANGELONE, Director, Department of
Corrections,

                                  Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior
District Judge. (CA-01-272-A)

_____

Submitted: October 18, 2001       Decided: October 26, 2001

_____

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Darris Cordell McQuillia, Appellant Pro Se. Donald Eldridge
Jeffrey, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darris Cordell McQuillia seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny McQuillia's motion for a transcript, and dismiss the appeal on the reasoning of the district court. See McQuillia v. Angelone, No. CA-01-272-A (E.D. Va. May 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2